UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN<br><br>                 Defendants. | No. 18-cv-4309<br><br>MOTION FOR ADMISSION<br><br>OF DUANE K. THOMPSON<br><br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, DUANE K. THOMPSON hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action. I am a member in good standing of the bars of the District of Columbia and the State of Maryland. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Certificates of good standing from the above jurisdictions and an affidavit pursuant to Local Rule 1.3 are attached to this motion.

Dated: May 15, 2018

                                                    Respectfully submitted,

                                                    */s/ Duane K. Thompson*
                                                    Duane K. Thompson
                                                    Securities and Exchange Commission
                                                    100 F Street N.E.
                                                    Washington, DC  20549
                                                    202/551-7159
                                                    thompsond@sec.gov