UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br>　v.<br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN<br>　　　　　Defendants. | No. 18-cv-4309<br><br>ORDER FOR ADMISSION<br><br>OF DUANE K. THOMPSON<br><br>PRO HAC VICE |

　　　　The motion of Duane K. Thompson, for admission to practice Pro Hac Vice in the above captioned action is granted.

　　　　Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Maryland; and that his contact information is as follows:

　　　　Applicant's Name:　　Duane K. Thompson

　　　　Firm Name:　　Securities and Exchange Commission

　　　　Address:　　100 F Street N.E.
　　　　　　　　　　　Washington, DC  20549

　　　　Telephone/Fax　　202/551-7159 (phone); 202/551-9287 (fax)

　　　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

　　　　**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____     _____
United States District Judge/Magistrate Judge