UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/18

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

FRANCISCO ABELLAN VILLENA,
GUILLERMO CIUPIAK, JAMES B.
PANTHER, JR., and FAIYAZ DEAN

          Defendants.

No. 18-cv-4309

ORDER FOR ADMISSION

OF DUANE K. THOMPSON

PRO HAC VICE

The motion of Duane K. Thompson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Maryland; and that his contact information is as follows:

    Applicant's Name:    Duane K. Thompson

    Firm Name:    Securities and Exchange Commission

    Address:    100 F Street N.E.
                    Washington, DC 20549

    Telephone/Fax    202/551-7159 (phone); 202/551-9287 (fax)

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-17-18

_____
United States District Judge/~~Magistrate~~ Judge

2