UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>FRANCISCO ABELLAN VILLENA,<br>GUILLERMO CIUPIAK, JAMES B.<br>PANTHER, JR., and FAIYAZ DEAN<br>      Defendants. | No. 18-cv-4309<br><br>MOTION FOR ADMISSION<br><br>OF DANIEL J. MAHER<br><br>PRO HAC VICE |

  Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, DANIEL J. MAHER hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action.  I am a member in good standing of the bar of  the State of Massachusetts.  There are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  A certificate of good standing from the above jurisdiction and an affidavit pursuant to Local Rule 1.3 are attached to this motion.

Dated:  May 22, 2018        Respectfully submitted,

                __/S/ Daniel J. Maher_____
                Daniel J. Maher
                Securities and Exchange Commission
                100 F Street N.E.
                Washington, DC  20549
                202/551-4737
                maherd@sec.gov