UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN

    Defendants.

No. 18-cv-4309

ORDER FOR ADMISSION OF DANIEL J. MAHER PRO HAC VICE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-18

---

The motion of Daniel J. Maher, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Massachusetts, and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Daniel J. Maher |
| Firm Name: | Securities and Exchange Commission |
| Address: | 100 F Street N.E.<br>Washington, DC 20549 |
| Telephone/Fax | 202/551-4737 (phone); 202/551-9287 (fax) |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-23-18

_____
United States District Judge/Magistrate Judge