AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-4309

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Guillermo Ciupiak
was received by me on *(date)* June 4, 2018.

☒ I personally served the summons on the individual at *(place)* Los Angeles International Airport, Terminal B on *(date)* June 5, 2018; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: June 12, 2018

*Server's signature:* Dana Murphy

*Printed name and title:* Dana Murphy, Special Agent, FBI

*Server's address:* 11000 Wilshire Blvd, Ste 1700, 90024

Additional information regarding attempted service, etc: