## **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 18-CV-4309                                           Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Villena, Francisco Abellan**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Guillermo Ciupiak, 6975 Princess Dr. East, Apt. 3083, Phoenix, AZ 85054**.

I, Corey Davis, do hereby affirm that on the **17th day of May, 2018** at **6:46 pm**, I:

Served Summons; Complaint; Electronic Case Filing Rules & Instructions; Individual Practices of Judge Robert W. Sweet to Lucy Nicolau as co-resident/Co-occupant of Guillermo Ciupiak at 6975 Princess Dr. East, Apt. 3083, Phoenix, AZ 85054, being of suitable age and discretion to accept service in the absence of Guillermo Ciupiak. Upon information and belief, 6975 Princess Dr. East, Apt. 3083, Phoenix, AZ 85054 is the usual place of abode of Guillermo Ciupiak.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Corey Davis

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2018003859
Ref: HO-50260

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

