## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Case Number: 18-CV-4309                                         Date Filed:__

Plaintiff:

**Securities and Exchange Commission**

vs.

Defendant:

**Villena, Francisco Abellan, et al.**

I, Myles Stewart, do hereby affirm that on the **16th day of June, 2018** at **4:15 pm,** I:

Served Summons; Complaint; Electronic Case Filing Rules & Instructions; Individual Practices of Judge Robert W. Sweet on Faiyaz Dean at 7108 – 150A Street, Surrey, British Columbia V3S 2E2, Canada. I personally served the aforementioned documents on Mr. Dean by directly handing them to and leaving them with him. I identified Mr. Dean by verbally announcing his name, to which he acknowledged me, and by the description and photograph of him contained on his British Columbia Driver's Licence – **Marked as Exhibit "A".**

### Additional Information pertaining to this Service:

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am employed as the Director and as a Process Server by Expedited Motion Process Serving Ltd.

Under penalty of perjury, I declare that the foregoing is true and correct.

**AFFIRMED BEFORE ME** at Vancouver, British Columbia, this 22nd day of June, 2018.

)
)
)
)
)
)
)
)

_____                          _____
A Notary Public in and for the Province of                    **MYLES STEWART**
British Columbia

**BLAIR McRADU**
*Barrister & Solicitor*
1600 - 925 WEST GEORGIA ST.
VANCOUVER, B.C.   V6C 3L2
(604) 685-3456



This is Exhibit "_A_" referred to in the
Affidavit of _Myles Stewart_
sworn (or affirmed) before me at
_Vancouver_ ,B.C.
this _22_ day of _June_ 20_18_.

_____
A Commissioner/Notary Public for the
Province of British Columbia