## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 18-CV-4309

Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**Villena, Francisco Abellan**

Received by Cavalier Courier & Process Service to be served on **Faiyaz Dean, 601 Union St, Suite 4200, Seattle, WA 98101**.

I, Randy Bennett, do hereby affirm that on the **18th day of May, 2018** at **4:20 pm**, I:

Served Summons; Complaint; Electronic Case Filing Rules & Instructions; Individual Practices of Judge Robert W. Sweet to Sarah Evanson at Regus, 601 Union St, Suite 4200, Seattle, WA 98101 as Clerk/Person Found in Charge, being of suitable position and discretion to accept service. Upon information and belief, Regus, 601 Union St, Suite 4200, Seattle, WA 98101 is the usual place of business or employment of Faiyaz Dean.

**Additional Information pertaining to this Service:**
Defendant Faiyaz Dean has held out 601 Union St, Suite 4200, Seattle, WA 98101 as his place of business through regular advertisement. Fed. R. Civ. P. 4(e)(1) specifies that service may be made by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Therefore, service may be made in accordance with New York state law. New York CPLR 308 states in relevant part that service may be made "by delivering the summons within the state to a person of suitable age and discretion at the actual place of business . . . of the person to be served." (New York CPLR 313 states that service outside New York may be made in the same manner as service within New York.)

On May 17, 2018 the aforementioned documents were mailed to Faiyaz Dean at the aforementioned address in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against Faiyaz Dean.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

**Randy Bennett**
Process Server

**Cavalier Courier & Process Service**
**823-C South King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2018003936
Ref: HO-50261

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2p

