UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR. and FAIYAZ DEAN <br><br> Defendants. | Civil Action No. 18-cv-4309 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Russell D. Duncan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for James B. Panther, Jr., Defendant, in the above-captioned action.

I am in good standing of the bars of the state of Maryland and The District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 1, 2018

Respectfully submitted,

Russell D. Duncan
Applicant's Signature: _/s/ Russell D. Duncan_
Applicant's Name: Russell D. Duncan
Firm Name: Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
Address: 12505 Park Potomac Avenue, 6th Floor
City/State/Zip: Potomac, Maryland 20854
Telephone/Fax: (301) 945-9247 / (301) 230-2891
Email: rduncan@shulmanrogers.com