# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) ) Plaintiff, ) ) v. ) ) FRANCISCO ABELLAN VILLENA, ) GUILLERMO CIUPIAK, JAMES B. ) PANTHER, JR. and FAIYAZ DEAN ) ) Defendants. ) ) | Civil Action No. 18-cv-4309<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Andrew M. Friedman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as co-counsel for James B. Panther, Jr., Defendant, in the above-captioned action.

I am in good standing of the bars of the states of New Hampshire, Maryland, the Commonwealths of Massachusetts, Virginia and Pennsylvania and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: September 24, 2018

Respectfully submitted,

Andrew M. Friedman
Applicant's Signature: _____
Applicant's Name: Andrew M. Friedman
Firm Name: Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
Address: 12505 Park Potomac Avenue, 6th Floor
City/State/Zip: Potomac, Maryland 20854
Telephone/Fax: (301) 231-0942 / (301) 230-2891
Email: afriedman@shulmanrogers.com

# The State of New Hampshire Supreme Court

## Certificate of Good Standing

*This is to certify that*

### Andrew M. Friedman

*having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on*

### October 31, 1994,

*was admitted to practice as an Attorney in the Courts of this State, and, on this date, is in good standing according to the records of this Court. He has been on inactive status since June 25, 1998, which prohibits him from practicing law in New Hampshire.*



**In Testimony Whereof,** *I have hereunto set my hand, and affixed the seal of said Court, this 19th day of September, 2018.*

_____, Clerk

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty third day of July, 2018,

### Andrew Michael Friedman

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of September, 2018.*

*Bessie M. Decker*
Clerk of the Court Of Appeals of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Andrew M. Friedman*

was duly qualified and admitted on **March 8, 1999** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on September 14, 2018.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **July** A.D. **1997**, said Court being the highest Court of Record in said Commonwealth:

### Andrew M. Friedman

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **September** in the year of our Lord **two thousand and eighteen.**

*Maura S. Doyle* (signature)

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

*ATTORNEY REGISTRATION OFFICE*



**PENNSYLVANIA JUDICIAL CENTER**
601 Commonwealth Ave., Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625

Tel: (717) 231-3380 • Fax: (717) 231-3381 • www.padboard.org

# CERTIFICATION OF STATUS
*In lieu of Certificate of Good Standing*

*For*

# ANDREW MICHAEL FRIEDMAN
*PA Bar Number 79653*

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that **Andrew Michael Friedman** was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on May 29, 1997.

Mr. Friedman is currently registered as Retired, having assumed said status on July 1, 2009.

Dated this 17th day of September, 2018

By: *Suzanne E. Price*
Suzanne E. Price
Attorney Registrar

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT ANDREW MICHAEL FRIEDMAN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  MR. FRIEDMAN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON SEPTEMBER 16, 2015, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

*Issued September 17, 2018*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR. and FAIYAZ DEAN<br><br>Defendants. | Civil Action No. 18-cv-4309<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Andrew M. Friedman, do hereby declare under penalty of perjury, that the following is true and correct, that I am over 18 years of age, and I am competent to testify to the matters stated herein:

A. I have never been convicted of a felony.

B. I have never been censured, suspended, disbarred or denied admission or readmission by any Court.

C. There are no disciplinary proceedings presently against me.

September 24, 2018

_____
Andrew M. Friedman