UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Securities and Exchange Commission

                Plaintiff(s),

- against -

Francisco Abellan Villena, et al.

                Defendant(s),
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/18
```

18 Civ. 4309 (RWS)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 15, 2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Faiyaz Dean by personally serving Faiyaz Dean (June 16, 2018); Registered Agent (May 18, 2018), and proof of service was therefore filed on July 3, 2018, Doc. #(s) 17: 17-1.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      Nov 19, 2018

                                            RUBY J. KRAJICK
                                            Clerk of Court

                                By: _____
                                                Deputy Clerk