# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>       Defendants. | Case No. 18-cv-4309 (RWS) |

## JOINT MOTION TO ADJOURN STATUS CONFERENCE

The Court has scheduled a status conference for Tuesday, December 11, 2018, for the purpose of resolving any outstanding discovery or other issues, and setting a time for trial. The Parties in this matter have been working cooperatively on discovery and other issues and have no issues for the Court to resolve and respectfully request that the Court adjourn the status conference until February 8, 2019, or to a date convenient to the Court. As to setting a time for trial, the Parties request the opportunity to propose a joint recommendation for a trial date to the Court, subject to the Court's schedule and practices.

WHEREFORE, the Parties jointly request that the Court adjourn the status conference presently scheduled for December 11, 2018.

/s/Daniel Maher                             /s/Russell D. Duncan
Daniel Maher                                Russell D. Duncan
Duane K. Thompson                           Andrew M. Friedman
Securities and Exchange Commission          Shulman, Rogers, Gandal, Pordy
100 F Street NE                               & Ecker, P.A.
Washington, D.C., 20549                     12505 Park Potomac Avenue
                                            Sixth Floor
                                            Potomac, MD 20854

Attorneys for Plaintiff                     Attorneys for Defendant

       **DONE AND ORDERED** in Chambers at New York, New York, ____ day of

December, ___2018.

Dated:_____        _____
                                      Robert P. Sweet
                                      United States District Judge

42528570_1.doc