UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § § Plaintiff, § § v. § Case No. 1:18-CV-04309-RWS § FRANCISCO ABELLAN VILLENA, § GUILLERMO CIUPIAK, JAMES B. § PANTHER, and FAIYEZ DEAN, § § Defendants. § | |

### NOTICE OF ATTORNEY APPEARANCE

Undersigned counsel hereby files this Notice of Appearance for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Dated: February 6, 2019

                                                              Respectfully submitted,

                                                              ROBERT ZINK
                                                              Acting Chief, Fraud Section

BY:    */s/ Michelle Pascucci*
         Michelle Pascucci
         Trial Attorney
         Criminal Division, Fraud Section
         United States Department of Justice
         1400 New York Avenue NW
         Washington, DC 20005
         Tel: (202) 307-2208
         Fax: (202) 514-0152
         Michelle.Pascucci@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

                                  Respectfully submitted,

                                  ROBERT ZINK
                                  Acting Chief, Fraud Section

BY:         /s/
                                  MICHELLE PASCUCCI
                                  Trial Attorney
                                  Criminal Division, Fraud Section
                                  United States Department of Justice