UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § Plaintiff, § § v. § § FRANCISCO ABELLAN VILLENA, § GUILLERMO CIUPIAK, JAMES B. § PANTHER, and FAIYEZ DEAN, § § Defendants. § | Case No. 1:18-CV-04309-RWS |

## MOTION TO SEAL

The United States of America (the "Government"), by and through its undersigned attorneys, hereby moves that this Court issue an order providing (1) that the Notice of Motion to Intervene and Stay Proceedings, the accompanying motion and memorandum of law, and the accompanying proposed form of order be filed under seal; (2) that the accompanying declaration of Trial Attorney Michelle Pascucci be filed *ex parte* and under seal; and (3) that any order filed by the Court responsive to the aforementioned submissions be filed under seal.

Sealing these materials is necessary because they contain information related to an ongoing criminal investigation, the public disclosure of which could hamper or impair law enforcement and jeopardize the investigation. Sealing is also necessary to avoid possible prejudice to the ongoing investigation.

The Court has the inherent power to seal court filings when appropriate. *See Nixon v. Warner Comm., Inc.,* 435 U.S. 589, 598 (1978). The Court may also seal filings to prevent serious jeopardy to an ongoing criminal investigation where, as here, such jeopardy creates a compelling governmental interest in preserving the confidentiality of the information. *See United States v.*

1

*Park*, 619 F. Supp. 2d 89, 94 (S.D.N.Y. 2009) (denying motion to unseal where doing so would reveal "the subject matter and status" of an ongoing criminal investigation).

WHEREFORE, it is respectfully requested that the motion to seal is granted.

Dated: February 6, 2019

        Respectfully submitted,

        ROBERT ZINK
        Acting Chief, Fraud Section

BY:   */s/ Michelle Pascucci*
        Michelle Pascucci
        Trial Attorney
        Criminal Division, Fraud Section
        United States Department of Justice
        1400 New York Avenue NW
        Washington, DC 20005
        Tel: (202) 307-2208
        Fax: (202) 514-0152
        Michelle.Pascucci@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

                                        Respectfully submitted,

                                        ROBERT ZINK
                                        Acting Chief, Fraud Section

BY:        /s/
                                        MICHELLE PASCUCCI
                                        Trial Attorney
                                        Criminal Division, Fraud Section
                                        United States Department of Justice