UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN<br><br>Defendants. | No. 18-cv-4309 (RWS) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO ENTER JUDGMENT AGAINST DEFENDANT GUILLERMO CIUPIAK**

Plaintiff Securities and Exchange Commission (the "SEC"), with the consent of defendant Guillermo Ciupiak, respectfully moves for the entry of Judgment. In support of this motion, the SEC states the following:

1. The SEC and Ciupiak have reached a settlement that will resolve Ciupiak's liability in connection with the above-captioned litigation. The Proposed Judgment states that Ciupiak's disgorgement, prejudgment interest and civil penalty will be determined by the Court at a later date, upon motion of the SEC.

2. Attached hereto as Exhibit 1 is the signed Consent of Defendant Guillermo Ciupiak ("Consent"), and attached hereto as Exhibit 2 is the Proposed Judgment. The Consent sets forth Ciupiak's agreement to the entry of Judgment, which, among other things, will resolve his liability and provide injunctive relief. As set forth in the Consent, Ciupiak agrees to the terms of the Proposed Judgment.

Accordingly, for all the foregoing reasons, the SEC respectfully requests that the Court enter the Proposed Judgment attached as Exhibit 2.

Date:  February 11, 2019         /s/ Daniel Maher
Daniel Maher (*admitted pro hac vice*)
Duane Thompson (*admitted pro hac vice*)
Jennie B. Krasner
Marc E. Johnson
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-4737 (Maher)
Email: maherd@sec.gov

## CERTIFICATE OF SERVICE

I certify that on February 11, 2019, I caused the foregoing to be filed on ECF and to be sent by email to the following:

Russell D. Duncan, Esq.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
301-945-9247
rduncan@shulmanrogers.com
*Counsel for Defendant James Panther*

Michael R. McPhail, Esq.
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
303-607-3692
Michael.Macphail@FaegreBD.com
*Counsel for Defendant Guillermo Ciupiak*

Michael Bachner
Bachner & Associates, PC
39 Broadway-Suite 1610
New York, NY 10006
212-344-7778
mb@bhlawfirm.com
*Counsel for Defendant Faiyaz Dean*

/s/ Daniel J. Maher
Co-Counsel for the SEC

/s/ Daniel J. Maher
Co-Counsel for the SEC