UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, and FAIYEZ DEAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 1:18-CV-04309-RWS<br>§<br>§<br>§<br>§<br>§<br>§ |

## [PROPOSED] ORDER

AND NOW this 8 day of February, 2019, upon consideration of the United States of America's Motion to File Under Seal (the "Motion"), it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Government's Notice of Motion to Intervene and Stay Proceedings, the accompanying motion and memorandum of law, and proposed order shall be filed under seal, until further order of this Court.

3. The declaration of Trial Attorney Michelle Pascucci, submitted by the Government in support of the Motion, shall be maintained *ex parte* and under seal, until further order of this Court.

4. This Order shall remain under seal, until further order of this Court.

IT IS SO ORDERED.

_____
THE HONORABLE ROBERT W. SWEET
United States District Court for the Southern District of New York