# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>Defendants. | Case No. 18-cv-4309 (RWS) |

## JOINT MOTION TO ADJOURN STATUS CONFERENCE

The Court has scheduled a status conference for Tuesday, February 26, 2019, for this matter. On February 8, 2019, this Court stayed discovery in these proceedings for three months. Accordingly, the Parties request that the Court adjourn the status conference for three months and reschedule it at a time covenant to the Court.

WHEREFORE, the Parties jointly request that the Court adjourn the status conference presently scheduled for February 26, 2019.

| | |
|---|---|
| _____/s/ Daniel Maher_____<br>Daniel Maher<br>Duane K. Thompson<br>Securities and Exchange Commission<br>100 F Street NE<br>Washington, D.C., 20549 | _____/s/ Russell D. Duncan_____<br>Russell D. Duncan<br>Andrew M. Friedman<br>Shulman, Rogers, Gandal, Pordy<br> & Ecker, P.A.<br>12505 Park Potomac Avenue<br>Sixth Floor<br>Potomac, MD 20854 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**DONE AND ORDERED** in Chambers at New York, New York, ____ day of _____, 201_.

Dated:_____          _____
                                        Robert P. Sweet
                                        United States District Judge

42672398.1