# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>    Defendants. | Case No. 18-cv-4309 (RWS) |

### JOINT MOTION TO ADJOURN STATUS CONFERENCE

The Court has scheduled a status conference for Tuesday, February 26, 2019, for this matter. On February 8, 2019, this Court stayed discovery in these proceedings for three months. Accordingly, the Parties request that the Court adjourn the status conference for three months and reschedule it at a time covenant to the Court.

WHEREFORE, the Parties jointly request that the Court adjourn the status conference presently scheduled for February 26, 2019.

| | |
|---|---|
| /s/ Daniel Maher<br>Daniel Maher<br>Duane K. Thompson<br>Securities and Exchange Commission<br>100 F Street NE<br>Washington, D.C., 20549<br><br>Attorneys for Plaintiff | /s/ Russell D. Duncan<br>Russell D. Duncan<br>Andrew M. Friedman<br>Shulman, Rogers, Gandal, Pordy<br>  & Ecker, P.A.<br>12505 Park Potomac Avenue<br>Sixth Floor<br>Potomac, MD 20854<br><br>Attorneys for Defendant |

**DONE AND ORDERED** in Chambers at New York, New York, 25th day of February, 201_9_

Dated: _____

_____
Robert P. Sweet
United States District Judge

42672398.1