UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In Re: DOCKET OF THE HON. ROBERT
W. SWEET

------------------------------------------------------------x

### DIRECTION TO THE BAR AND INTERIM ORDER OF REFERENCE

McMahon, C.J.:

The Hon. Robert W. Sweet of this court having died on March 24, 2019; and

Time being needed in order to effect the reassignment of the cases on his docket:

IT IS HEREBY ORDERED THAT, pending the reassignment of Judge Sweet's civil cases, all urgent matters should be taken either to the Magistrate Judge who is assigned to the case or to the District Judge sitting in Part I. In cases in which Judge Sweet did not sign an order of reference, this order operates as an interim order of reference to the Magistrate Judge for interim pre-trial supervision. Routine case management requests (such as, for extension of time) should be directed to the Magistrate Judge, not to the Part I Judge.

Dated: March 27, 2019

_____
Chief Judge