USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

      -against-

FRANCISCO ABELLAN VILLENA et al.,

                    Defendants.
----------------------------------------------------------------X

18-cv-04309 (RWS) (KHP)

**SCHEDULING ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This action has been referred to me for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A).  (Dkt. No. 49.)  A status conference in this matter is hereby scheduled for **Monday, June 3, 2019 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      SO ORDERED.

Dated: March 27, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge