UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Securities and Exchange Commission.,

                              Plaintiffs,                        18-cv-4309 (PKC)

        -against-                                  ORDER

Francisco Abellan Villena., et al.,

                              Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

        The above-captioned action has been reassigned to the undersigned. Please consult the undersigned's Individual Practices.

        Within 21 days of this Order, the parties shall meet and confer and submit to the Court a letter setting forth the following:

        1.    A brief factual description (1) by plaintiff(s) of the facts and the claims; and (2) by defendant(s) of the facts and defenses;

        2.    A statement of whether the action is to be tried to a jury;

        3.    A description of the status of the action, including the status of discovery and a description of any pending motions;

        4.    A description of the steps necessary to bring the action to trial or other disposition;

        5.    A statement of the status of any settlement discussions (without disclosing any proposed terms), including whether and when the parties last appeared before a neutral (e.g. mediator, Magistrate Judge) on the subject of settlement. [The response to paragraph 5 may be faxed to Chambers separately and not filed on ECF.]

There will be a conference in this action on May 1, 2019 at 12:00 p.m.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 9, 2019