UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § <br> Plaintiff, § § <br> v.  § <br> § <br> FRANCISCO ABELLAN VILLENA, § <br> GUILLERMO CIUPIAK, JAMES B. § <br> PANTHER, and FAIYEZ DEAN, § § <br> Defendants. § | Case No. 1:18-CV-04309-RWS |

## **NOTICE OF ATTORNEY APPEARANCE**

Undersigned counsel hereby files this Notice of Appearance for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Dated: April 25, 2019

                                          Respectfully submitted,

                                          ROBERT ZINK
                                          Acting Chief, Fraud Section
                                          U.S. Department of Justice, Criminal Division

              By:          /s/_____
                         Tracee Plowell, Assistant Chief
                         Criminal Division, Fraud Section
                         United States Department of Justice
                         1400 New York Avenue NW
                         Washington, DC 20005
                         Tel: (202) 616-1668
                         Fax: (202) 514-0152
                         Tracee.Plowell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

          Respectfully submitted,

          ROBERT ZINK
          Acting Chief, Fraud Section

By: _____/s/_____
       Tracee Plowell
       Assistant Chief
       Criminal Division, Fraud Section
       United States Department of Justice