UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, and FAIYEZ DEAN,<br><br>      Defendants. | § § § § § § § § § § § § § §  Case No. 1:18-CV-04309-PKC-KHP |

## **UNITED STATES OF AMERICA'S NOTICE OF MOTION TO SEAL**

The United States of America (the "Government"), by and through its undersigned attorneys intends to file a second motion to stay in the above-captioned proceeding. In advance of filing said motion, the Government hereby moves that this Court for an order:

(1) providing that the Notice of Motion to Stay Proceedings, the accompanying motion and memorandum of law, and the accompanying proposed order be filed under seal, until further order of the Court;

(2) providing that the accompanying declaration of Assistant Chief Tracee Plowell be submitted *ex parte* and under seal, until further order of the Court; and

(3) providing that any order filed by the Court responsive to the aforementioned submissions be filed under seal, until further order of this Court.

Dated: April 29, 2019

                Respectfully submitted,

                ROBERT ZINK
                Acting Chief, Fraud Section

BY:    */s/ Tracee Plowell*
        Tracee Plowell, Assistant Chief
        Michelle Pascucci, Trial Attorney
        Criminal Division, Fraud Section
        United States Department of Justice
        1400 New York Avenue NW
        Washington, DC 20005
        Tel: (202) 616-1668
        Fax: (202) 514-0152
        Tracee.Plowell@usdoj.gov

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

               Respectfully submitted,

               ROBERT ZINK
               Acting Chief, Fraud Section

     BY:     /s/_____
               TRACEE PLOWELL
               Assistant Chief
               Criminal Division, Fraud Section
               United States Department of Justice