UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, and FAIYEZ DEAN, <br><br> Defendants. | § § § § § § § § § § § § § § | Case No. 1:18-CV-04309-PKC-KHP |

## MOTION TO SEAL

The United States of America (the "Government"), by and through its undersigned attorneys, hereby moves that this Court issue an order providing that the Government's Notice of Motion to Stay Proceedings, the accompanying motion and memorandum of law, and the accompanying proposed form of order be filed under seal; that the accompanying declaration of Assistant Chief Tracee Plowell be submitted *ex parte* and under seal; and that any order filed by the Court responsive to the aforementioned submissions be filed under seal.

Sealing these materials is necessary because they contain information related to an ongoing criminal investigation, the public disclosure of which could hamper or impair law enforcement and jeopardize the investigation. Sealing is also necessary to avoid possible prejudice to the ongoing investigation.

The Court has the inherent power to seal court filings when appropriate. *See Nixon v. Warner Comm., Inc.,* 435 U.S. 589, 598 (1978). The Court may also seal filings to prevent serious jeopardy to an ongoing criminal investigation when, as here, such jeopardy creates a compelling governmental interest in preserving the confidentiality of the information. *See United States v.*

1

*Park*, 619 F. Supp. 2d 89, 94 (S.D.N.Y. 2009) (denying motion to unseal where doing so would reveal "the subject matter and status" of an ongoing criminal investigation).

WHEREFORE, it is respectfully requested that the motion to seal is granted.

Dated: April 29, 2019

                                              Respectfully submitted,

                                              ROBERT ZINK
                                              Acting Chief, Fraud Section

BY:   */s/ Tracee Plowell*
         Tracee Plowell, Assistant Chief
         Michelle Pascucci, Trial Attorney
         Criminal Division, Fraud Section
         United States Department of Justice
         1400 New York Avenue NW
         Washington, DC 20005
         Tel: (202) 616-1668
         Fax: (202) 514-0152
         Tracee.Plowell@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

                        Respectfully submitted,

                        ROBERT ZINK
                        Acting Chief, Fraud Section

BY:          /s/_____
                        TRACEE PLOWELL
                        Assistant Chief
                        Criminal Division, Fraud Section
                        United States Department of Justice