UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Securities and Exchange Commission

                        Plaintiff(s),

           - against -

Francisco Villena, et al.,

                       Defendant(s).
-----------------------------------------------------------------x

18 Civ. 4309 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

    As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. The Court over the objection of defendant Panther grants a stay of all discovery until further Order of the Court to be considered at the next conference. The recently filed indictment in a factually related criminal case in the District of Arizona warrants a stay until the parties and the intervenor DOJ can better address the scope of discovery that will not interfere with the criminal case. The Court has balanced the need for discovery ~~against~~ at this juncture against the harm to the on-going ~~proceeds~~ criminal proceeding.

The next Case Management Conference [~~the Final Pretrial Conference~~] will be held on _October 18, 2019_ at _11:00_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
_5-1-19_