```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/02/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,                        18-cv-04309 (PKC) (KHP)

     -against-                                     SCHEDULING ORDER

FRANCISCO ABELLAN VILLENA et al.,

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In accordance with the Order issued on May 1, 2019 by the Hon. P. Kevin Castel (Doc. No. 58), this Court's Order issued on March 27, 2019 (Doc. No. 51) is hereby vacated and the status conference scheduled for June 3, 2019 is cancelled.

      SO ORDERED.

Dated: May 2, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge