UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff, )<br><br>v. )<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR. and FAIYAZ DEAN )<br><br>Defendants. ) | Civil Action No. 18-cv-4309-KHP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

MADAM CLERK:

Kindly withdraw the appearance of Andrew M. Friedman, Esq., **only**, as counsel for Defendant, James B. Panther, Jr., in the above-captioned matter.

Respectfully Submitted,

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

          /s/ Russell D. Duncan
Russell D. Duncan, Esq. *(admitted pro hac)*
Andrew M. Friedman, Esq. *(admitted pro hac)*
12505 Park Potomac Avenue
Sixth Floor
Potomac, Maryland 20854
TEL: (301) 945-9247
FAX: (301) 230-2891
rduncan@shulmanrogers.com
afriedman@shulmanrogers.com

*Counsel for Defendant James B. Panther, Jr.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of May, 2019, I caused a true and correct copy of the foregoing to be sent to all counsel on record via court electronic filing system:

                                        /s/ Russell D. Duncan
                                        Russell D. Duncan