## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 18-cv-4309-KHP |
| v. ) ) | **ATTORNEY CHANGE OF ADDRESS** |
| FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR. and FAIYAZ DEAN ) ) ) ) | |
| Defendants. ) ) | |

Please take notice that as of June 17, 2019, Defendant James B. Panther, Jr.'s counsel Russell Duncan will be at the following address:

> Russell D. Duncan
> Clark Hill
> 1001 Pennsylvania Avenue, N.W.
> Suite 1300 South
> Washington, DC 20004
> rduncan@clarkhill.com
> (202) 772-0909

Respectfully Submitted,

SHULMAN, ROGERS, GANDAL,
  PORDY & ECKER, P.A.

         /s/ Russell D. Duncan
Russell D. Duncan, Esq. *(admitted pro hac)*
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:  (301) 945-9247
FAX:  (301) 230-2891
rduncan@shulmanrogers.com

*Counsel for Defendant James B. Panther, Jr.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of June, 2019, I caused a true and correct copy of the foregoing to be sent to all counsel on record via court electronic filing system:

                                                  /s/ Russell D. Duncan
                                                  Russell D. Duncan