UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, and FAIYEZ DEAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 1:18-CV-04309-PKC-KHP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STATUS REPORT

The United States of America (the "Government"), by and through its undersigned attorneys, files this status report in advance of the status conference scheduled for October 18, 2019. On April 23, 2019, a grand jury for the District of Arizona returned an indictment, under seal, against Francisco Abellan Villena ("Villena"), James B. Panther ("Panther"), and Faiyez Dean ("Dean") for their roles in the Biozoom "pump and dump" market manipulation scheme. Villena, Abellan, and Dean were charged with one count of conspiracy to commit securities fraud and wire fraud in violation of 18 U.S.C. § 1349, one count of securities fraud in violation of 18 U.S.C. § 1348, one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h), and five counts of money laundering in violation of 18 U.S.C. § 1957.

On July 11, 2019, the indictment was unsealed and Panther made his initial appearance before the Honorable Michelle Burns, United States Magistrate Judge. Arrest warrants have been issued for Abellan and Dean. Trial is scheduled for December 3, 2019.

1

                Respectfully submitted,

                ROBERT ZINK
                Chief, Fraud Section

BY:        /s/
                Tracee Plowell
                Assistant Chief
                Criminal Division, Fraud Section
                United States Department of Justice
                Tel: (202) 616-1668
                Fax: (202) 514-0152
                Tracee.Plowell@usdoj.gov

                Michelle Pascucci
                Trial Attorney
                Criminal Division, Fraud Section
                United States Department of Justice
                1400 New York Avenue NW
                Washington, DC 20005
                Tel: (202) 307-2208
                Fax: (202) 514-0152
                Michelle.Pascucci@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on October 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to counsel of record.

                        Respectfully submitted,

                        ROBERT ZINK
                        Chief, Fraud Section

BY:          /s/_____
                        MICHELLE PASCUCCI
                        Trial Attorney
                        Criminal Division, Fraud Section
                        United States Department of Justice