IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:18-CV-04309-PKC-KHP<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**

Defendant, James B. Panther, Jr., by and through his counsel, respectfully requests that the Court continue the Case Management Conference hearing scheduled for October 18, 2019, until a date following the completion of his parallel criminal proceeding in Arizona. In support of this motion, Defendant states the following:

On May 1, 2019, this Court granted the Department of Justice's ("DOJ") motion to stay discovery in this case. Since that order, the criminal trial has been scheduled to begin in December 2019. Presumably, DOJ will request that the stay remain in effect until completion of the criminal case, and the Defendant has no new argument not previously presented to the Court in opposition to that request. Counsel for the SEC has stated that it does not intend to oppose this motion but may file a report to the Court.

Accordingly, Defendant respectfully requests that this Court postpone the Case Management Conference until the criminal matter is resolved. In the alternative, Defendant requests that his counsel be permitted to participate by telephone in the scheduled Case

Management Conference in order for the Defendant to preserve his assets for defense of the criminal matter.  Two proposed orders are attached.

WHEREFORE, Defendant requests that the Court grant his Motion.

        Respectfully submitted,

        /s/ Russell D. Duncan
        Russell D. Duncan, Esq.
        Clark Hill PLC
        1001 Pennsylvania Avenue, N.W.
        Suite 1300 South
        Washington, DC  20004
        Telephone:   (202) 640-6657
        Facsimile:   (202) 552-2377
        Email:         rduncan@clarkhill.com

*Counsel for Defendant*
*James B. Panther, Jr.*

## CERTIFICATE OF SERVICE

    I hereby certify on this 15th day of October, 2019, a true and correct copy of the above and foregoing *Motion To Continue Case Management Conference* was electronically filed with the Clerk of the Court through ECF, which will send notice to the following counsel of record:

> Daniel J. Maher
> Duane K. Thompson
> Marc E. Johnson
> Jennie B. Krasner
> Securities and Exchange Commission
> 100 F Street, N.E.
> Washington, DC  20549
>
> Tracee Plowell
> Michelle R. Pascucci
> Department Of Justice
> 1400 New York Avenue
> Washington, DC  20005

    /s/ Russell D. Duncan
    Russell D. Duncan, Esq.