### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:18-CV-04309-PKC-KHP |
| v. | ) ) |
| FRANCISCO ABELLAN VILLENA, et al. | ) ) |
| Defendants. | ) ) |

## **ORDER**

UPON CONSIDERATION of *Defendant's Motion To Continue Case Management Conference*, any opposition thereto, and the Court being fully aware of the premises therein, it is on this _____ day of October, hereby:

ORDERED that Defendant's Motion be GRANTED.

_____

Judge P. Kevin Castel

Copies to:

Russell D. Duncan, Esq.
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004

Daniel J. Maher
Duane K. Thompson
Marc E. Johnson
Jennie B. Krasner
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549

Tracee Plowell
Michelle R. Pascucci
Department Of Justice
1400 New York Avenue
Washington, DC  20005