# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION     Plaintiff,     v. FRANCISCO ABELLAN VILLENA, et al.     Defendants. | Civil Action No. 1:18-CV-04309-PKC-KHP |

## ORDER

UPON CONSIDERATION of *Defendant's Motion To Continue Case Management Conference*, any opposition thereto, and the Court being fully aware of the premises therein, it is on this _____ day of October, hereby:

ORDERED that Defendant's Motion is denied but Defendant's counsel may participate by telephone during the Case Management Conference scheduled for October 18, 2019.

                                                                                    _____
                                                                                    Judge P. Kevin Castel

Copies to:

Russell D. Duncan, Esq.
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004

Daniel J. Maher
Duane K. Thompson
Marc E. Johnson
Jennie B. Krasner
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549

Tracee Plowell
Michelle R. Pascucci
Department Of Justice
1400 New York Avenue
Washington, DC  20005