

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
WASHINGTON, DC. 20549-1004

DIVISION OF
ENFORCEMENT

Duane K. Thompson
Assistant Chief Litigation Counsel
Telephone: (202) 551-7159
Facsimile: (202) 772-9282
Thompsond@sec.gov

October 15, 2019

<u>VIA ECF</u>
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom I ID
New York, NY 10007-1312

    *Re:*    SEC v. Abellan, et al., No. 18-cv-04309-PKC

Dear Judge Castel:

    On behalf of Plaintiff Securities and Exchange Commission ("SEC"), I am writing in regard to the Motion to Continue Case Management Conference (Doc. 67) filed earlier today by defendant James B. Panther, Jr. (Panther").  The SEC is taking appropriate steps to move this case along.  Subject to the authorization by the Commission, the SEC will be prepared to move for a default judgment against defendant Faiyaz Dean that would include a request for a specific civil money penalty. We are also continuing our efforts to effect service of process on defendant Francisco Abellan.  Should Your Honor have questions about these or other matters, we stand ready to appear in person at the Case Management Conference that is currently scheduled for 11 am this Thursday, October 17, 2019.  However, in view of the filing made today by the Department of Justice (Doc. 66), we do not oppose Panther's request to continue the Conference or, alternatively, to permit counsel to appear telephonically.

    We thank Your Honor for your consideration and attention to this matter.

    Respectfully submitted,
    s/Duane K Thompson
    Duane K. Thompson

cc: Counsel of Record (via ECF)