IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Application granted to the extent that the conference is adjourned as to all defendants from October 18, 2019 to January 27, 2020 at 3:00 p.m.
SO ORDERED.
Dated: 10/17/2019
Civil Action No. 1:18-CV-04309-PKC-KHP

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

**MOTION TO CONTINUE**
**CASE MANAGEMENT CONFERENCE**

Defendant, James B. Panther, Jr., by and through his counsel, respectfully requests that the Court continue the Case Management Conference hearing scheduled for October 18, 2019, until a date following the completion of his parallel criminal proceeding in Arizona. In support of this motion, Defendant states the following:

On May 1, 2019, this Court granted the Department of Justice's ("DOJ") motion to stay discovery in this case. Since that order, the criminal trial has been scheduled to begin in December 2019. Presumably, DOJ will request that the stay remain in effect until completion of the criminal case, and the Defendant has no new argument not previously presented to the Court in opposition to that request. Counsel for the SEC has stated that it does not intend to oppose this motion but may file a report to the Court.

Accordingly, Defendant respectfully requests that this Court postpone the Case Management Conference until the criminal matter is resolved. In the alternative, Defendant requests that his counsel be permitted to participate by telephone in the scheduled Case

Management Conference in order for the Defendant to preserve his assets for defense of the criminal matter.  Two proposed orders are attached.

      WHEREFORE, Defendant requests that the Court grant his Motion.

                            Respectfully submitted,

                            /s/ Russell D. Duncan
                            Russell D. Duncan, Esq.
                            Clark Hill PLC
                            1001 Pennsylvania Avenue, N.W.
                            Suite 1300 South
                            Washington, DC  20004
                            Telephone:   (202) 640-6657
                            Facsimile:   (202) 552-2377
                            Email:       rduncan@clarkhill.com

                            *Counsel for Defendant*
                            *James B. Panther, Jr.*