UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA,<br><br>GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN<br><br>Defendants. | No. 18-cv-4309 (PKC) |

## PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANT FAIYAZ DEAN

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully moves the Court to enter final judgment against Defendant Faiyaz Dean ("Dean") pursuant to Rule 55(b)(2) of the federal Rules of Civil Procedure and Local Rule 55(b)(2). On November 18, 2018, the Clerk certified a default against Dean pursuant to Fed R. Civ. P. 55(b)(1). (Doc. 32). For the reasons set forth in the SEC's memorandum and declaration, submitted herewith, the Court should now order injunctive relief, impose a financial penalty and enter final judgment.

Date:   November 20, 2019

　　　/s/ Daniel Maher
Daniel Maher (*admitted pro hac vice*)
Duane Thompson (*admitted pro hac vice*)
Jennie Krasner
Marc E. Johnson
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549
Tel: (202) 551-4737 (Maher)
Email: maherd@sec.gov

## CERTIFICATE OF SERVICE

I certify that on November 20, 2019, I caused the foregoing to be filed on ECF and to be sent by email to the following.

Russell D. Duncan, Esq.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854
301-945-9247
rduncan@shulmanrogers.com
*Counsel for Defendant James Panther*


Michael R. McPhail, Esq.
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
303-607-3692
Michael.Macphail@FaegreBD.com
*Counsel for Defendant Guillermo Ciupiak*


Michael Bachner
Bachner & Associates, PC
39 Broadway-Suite 1610
New York, NY 10006
212-344-7778
mb@bhlawfirm.com
*Counsel for Defendant Faiyaz Dean*

I further certify that, consistent with Local Rule 55.2(c), I have mailed all papers filed in connection with the foregoing to the last known business and residential addresses for Defendant Faiyaz Dean:

Faiyaz Dean
601 Union St., Suite 4200
Seattle, WA 98101
(business)

Faiyaz Dean
7108 150A Street
Surrey, British Columbia V3S 2E2
Canada
(residence)

                                                          /s/ Daniel J. Maher

Co-Counsel for the SEC