# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:18-cv-04309-PKC-KHP |
| v. | ) ) |
| FRANCISCO ABELLAN VILLENA, et al. | ) ) |
| Defendants. | ) ) ) |

## MOTION TO WITHDRAW AS COUNSEL

Defendant James Panther ("Defendant Panther) respectfully moves the Court to grant present counsel, Russell D. Duncan, Esq., permission to withdraw as counsel in this matter.

Defendant Panther has hired Dennis Burke, Esq. of the law firm of Ballard Spahr to represent him in this matter. Mr. Burke has informed Defendant's counsel that his firm will represent Defendant Panther at the status hearing scheduled for January 27, 2020, at 2:00 p.m.

Counsel for the SEC has consented to this motion.

WHEREFORE, Defendant Panther respectfully requests that this motion be granted.

Respectfully submitted,

/s/ Russell D. Duncan
Russell D. Duncan, Esq.
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004
Telephone:   (202) 640-6657
Facsimile:   (202) 552-2377
Email:        rduncan@clarkhill.com

*Counsel for Defendant*
*James B. Panther, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify on this 21st day of January, 2020, a true and correct copy of the above and foregoing *Motion To Withdraw As Counsel* was electronically filed with the Clerk of the Court through ECF, which will send notice to the following counsel of record:

>Daniel J. Maher
>Duane K. Thompson
>Marc E. Johnson
>Jennie B. Krasner
>Securities and Exchange Commission
>100 F Street, N.E.
>Washington, DC  20549
>
>Tracee Plowell
>Michelle R. Pascucci
>Department Of Justice
>1400 New York Avenue
>Washington, DC  20005

/s/ Russell D. Duncan
Russell D. Duncan, Esq.

223030596.1