# Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Bradley R. Gershel
Tel: 646.346.8034
Fax: 212.223.1942
gershelb@ballardspahr.com

January 22, 2020

*Via ECF*

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

Re:   *SEC v. Abellan, et al.*
      No. 18-cv-04309-PKC

Conference Adjourned
From: Jan. 27, 2020
To: Feb. 14, 2020 at 10:30 a.m.
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 1-22-20

Dear Judge Castel:

On behalf of defendant James B. Panther, Jr., I write to respectfully request that the Case Management Conference, presently scheduled for January 27, 2020 at 2:00 p.m., be adjourned until such time that the Court rules on the impending *pro hac vice* application of David L. Axelrod of Ballard Spahr LLP, Mr. Panther's new lead counsel, which we anticipate filing next week. This is Mr. Panther's second request for an adjournment.

We have spoken to counsel for the Securities and Exchange Commission regarding this request, who has no objection.

Thank you for your consideration.

Sincerely,

/s/ BRG

Bradley R. Gershel