# Exhibit 1

**NOTIFICACIÓN** ORDINARIA by kmaleon : 1886226  27-11-2019
JOSE RAFAEL ROS FERNANDEZ (ICPIB col. 355) >> MONTSERRAT JANE CASAS
rafa@procuradoresibiza.com  Tlf. 93 415 74 00
SECURITIES AND EXCHANGE COMMISSION  1/3



**Expediente 29654**

Cliente...    : SECURITIES AND EXCHANGE COMMISSION
Contrario   : FRANCISCO ABELLAN VILLENA
Asunto...    : EMPLAZAMIENTO
Juzgado..   : PRIMERA INSTANCIA  EIVISSA

## Resumen

**Resolución**

**27.11.2019**          DILIGENCIA
                        EMPLAZAMIENTO POSITIVO.

Saludos Cordiales

**NOTIFICACIÓN** ORDINARIA by kmaleon : 1886226  **27-11-2019**
JOSE RAFAEL ROS FERNANDEZ (ICPIB col. 355)    >> MONTSERRAT JANE CASAS
rafa@procuradoresibiza.com    Tlf. 93 415 74 00    SECURITIES AND EXCHANGE COMMISSION    2/3

Case 1:18-cv-04309-PKC-KHP   Document 76-1   Filed 01/24/20   Page 3 of 4

SERVICIO COMÚN DE ACTOS DE COMUNICACIÓN Y EJECUCIÓN

C/ San Cristófol, 30, Edificio CETIS, torre 7 – 07800 **IBIZA** (Baleares)

Tfno: 971933432

| Referencia: | 1694/19 | Juzgado: | Tribunal Distrito Sur de Nueva York (USA) |
|---|---|---|---|
| Funcionario SCACE: | 07 C | Autos: | 18 CV-4309-4307 |

## DILIGENCIA DE COMUNICACIÓN

En Ibiza, a 27 de noviembre de 2019

Yo, el funcionario de este SCACE, siendo las 9:45 horas, me constituí en el domicilio del interesado D/Dª Francisco Abellán Villena sito en Centro Penitenciario de Ibiza a fin de practicar la diligencia de comunicación acordada, y hallando a: ☒ el mismo ☐ quien dice ser

☐ Le/s **cité** al objeto de que comparezca/n en la fecha y hora indicadas, y a los fines, efectos y bajo el apercibimiento prevenido, mediante entrega de cédula de citación, comprensiva de todos los requisitos legales.

☒ Le/s **notifiqué** en legal forma la resolución de fecha _decionde_ mediante lectura íntegra y entrega de copia literal de la misma, con indicación de los recursos que contra la misma pueda interponer, en su caso.

☐ Le/s **emplacé** mediante entrega de copia del escrito de demanda y documentos que la acompañan, así como la oportuna cédula comprensiva de todos los requisitos legales, a fin de que en el término indicado comparezca ante el Juzgado, bajo los apercibimientos oportunos.

☐ Le/s **requerí** a los fines, efectos y bajo el/los apercibimiento/s contenidos en la cédula/copia comprensiva de los requisitos legales; a lo cual manifiesta:

Enterado y conforme, firma conmigo en prueba de su recibo, lo que certifico. El interesado se niega a recoger la documentación y a firmar, quedando advertido de que queda notificado igualmente en legal forma, lo que certifico.

**DILIGENCIA NEGATIVA:** No se ha podido llevar a cabo la diligencia acordada por cuanto:

☐ El **domicilio es insuficiente**, pues no se indica o no existe:

| ☐ calle | ☐ nº portal | ☐ piso | ☐ puerta | ☐ letra | ☐ urbanizc. | ☐ bloque |

☐ Constituido en el domicilio que consta no es hallado el interesado ni persona que de razón de él, se dejan los oportunos aviso en fechas y horarios diferentes que no producen resultado alguno.

☐

De todo lo cual certifico.

Al no ser el interesado se le hace saber la obligación que tiene de hacer llegar a su destinatario la documentación que se entrega, tan pronto regrese a su domicilio o darle aviso si conociese su paradero, de no hacerlo podrá incurrir en la sanción prevista en la ley; así como del carácter reservado y confidencial de los datos de carácter personal en ellos contenidos y de la obligación de asegurar por quien lo reciba que no se comunicarán públicamente, de conformidad con lo establecido en los artículos 9,10 y 11 de la L.O. 15/1999 de 13 de diciembre, de Protección de Datos.

NOTIFICACIÓN ORDINARIA by kmaleon : 1886226 27-11-2019
JOSE RAFAEL ROS FERNANDEZ (ICPIB Col. 355) >> MONTSERRAT JANE CASAS
rafa@procuradoresibiza.com Tlf. 93 415 74 00
Case 1:18-cv-04309-PKC-KHP Document 76-1 Filed 01/24/20 Page 4 of 4
SECURITIES AND EXCHANGE COMMISSION 3/3