# Exhibit 2

Ordinary Service | : 1886226 | November 27, 2019
JOSE RAFAEL ROS FERNANDEZ (ICPIB col. 335) | by kmaleon | >> MONTSERRAT JANE CASAS
rafa@procuradoresibiza.com | | Tlf. 93 415 74 00
| | SECURITIES AND EXCHANGE COMMISSION   1/3



[Ibiza Lawyers
Ros Lawyers Group]

**File # 29654**

Client… : SECURITIES AND EXCHANGE COMMISSION
Defendant : FRANCISCO ABELLAN VILLENA
Subject… : SUMMONS
Court.. : EIVISSA - FIRST INSTANCE

---

# Summary

**Procedural Resolution**

**November 27, 2019        PROCEEDINGS
                POSITIVE SUMMONS.**

---

Best Regards

Ordinary Service by kmakon : 1886226    November 27, 2019
JOSE RAFAEL ROS FERNANDEZ (ICPIB col. 335)   >> MONTSERRAT JANE CASAS
rafa@procuradoresibiza.com                    Tlf. 93 415 74 00
                                              SECURITIES AND EXCHANGE COMMISSION  2/3



CENTRAL SERVICE OF PROCESS AND ENFORCEMENT (SCACE)

C/ San Cristóbal. 30. Editrcio CETIS. torre 7 - 07800 IBIZA (Balcares)
Phone : 971-933-3432

| Reference #: [HW: 11694/19] | Court: [HW: (ilegible) District Court (USA)] |
| --- | --- |
| SCACE Officer: [HW: 107C] | Docket #: [HW: 18 CV - 4309, 4307] |

## COMMUNICATION OF SERVICE OF PROCESS

In Ibiza, November 27, 2019 [Circled plus sign]

I, a SCACE officer, at 9:45 a.m., appearedp at the address of the concerned party, Mr. Francisco Abellán Villena, located at the Centro Penitenciario de Ibiza (Ibiza Penitentiary), in order to exercise the agreed notification proceeding, and finding: ☒ the same ☐ he/she who claims to be

☐ I **subpoenaed** the concerned party to appear on the date and time indicated, and for the purposes, effects and under due warning, by delivery of a comprehensive citation card with all legal requirements.

☒ I legally **notified** him about the resolution dated [HW: unknown], by means of full reading and delivery of an exact copy of the same, indicating the remedies that may be filed against it, if applicable.

☐ I **subpoena** him by delivering a copy of the complaint and accompanying documents, as well as the timely comprehensive document with all of the legal requirements so that within the indicated time frame he appear before the Court under the appropriate warnings.

☐ I **requested** him for the purposes, effects and under the warnings contained in the card/comprehensive copy of the legal requirements; to which it states:

Aware and in agreement, sign with me as proof of your receipt, which I certify, t*he concerned party refuses to collect the documentation and to sign it, and he is advised that he is notified in (illegible), which I attest] [Illegible signature]*

**FAILED PROCEEDING:** The agreed service of process has not taken place due to:

☐ **Insufficient** address information, as the following is not listed or does not exist:

  ☐ street  ☐ number  ☐ floor  ☐ door  ☐ letter  ☐ housing development  ☐ block

☐ Having located the listed domicile, the concerned party is not there, nor anybody who could account for this party. The pertaining notices are left on different dates and times, which do not yield any results.

☐
   I attest to all of the above

**If it is not the interested party, inform the person of his/her duty to ensure that the documentation is delivered to the recipient, which must be given to him/her as soon as he/she returns to his/her address, or advise of his/her whereabouts. If the person fails to do so, he/she may be subject to the penalty provided by law. In addition, inform the person of the restricted and confidential nature of the personal information contained in the documents and his/her duty to ensure that the person who receives them does not make them known publicly, pursuant to the provisions of Articles 9, 10, and 11 of Organic Law 15/1999 of December 13 on Data Protection.**

**Ordinary Service**   by kmalson   : 1886226              **November 27, 2019**
JOSE RAFAEL ROS FERNANDEZ (ICPIB col. 335)         >> MONTSERRAT JANE CASAS
rafa@procuradoresibiza.com                         Tlf. 93 415 74 00
                                                   **SECURITIES AND EXCHANGE COMMISSION**   3/3