# Exhibit 3



# CERTIFICATION

Schreiber Translations, Inc.
51 Monroe Street
Suite 101
Rockville, MD 20850

P: 301.424.7737
F: 301.424.2336

This is to certify that the attached English language document, identified as <u>164851_Valid court service on Francisco Abellan Villena - 11.27.19_ENG</u> is a true and accurate translation of the original Spanish language document to the best of our knowledge and belief.

Executed this 10th day
of December, 2019

*Margie Delao*
Schreiber Translations, Inc.
51 Monroe Street, Suite 101
Rockville, Maryland 20850
**ATA Member 212207**

Schreiber Translations, Inc. uses all available measures to ensure the accuracy of each translation, but shall not be held liable for damages due to error or negligence in translation or transcription.

translation@schreibernet.com
www.schreibernet.com