USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>Defendants. | Case No. 1:18-cv-04309-PKC-KHP |

## ORDER

UPON CONSIDERATION of *Defendant Panther's Motion To Withdraw As Counsel,* any opposition thereto, and the Court being fully aware of the premises therein, it is on this **28th** day of January, 2020, hereby:

ORDERED that Defendant's Motion be GRANTED, and it is

FURTHER ORDERED that Russell D. Duncan, Esq. be withdrawn as counsel in this matter.

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
**01/28/2020**

Copies to:

Russell D. Duncan, Esq.
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004

Daniel J. Maher
Duane K. Thompson
Marc E. Johnson
Jennie B. Krasner
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC  20549

Tracee Plowell
Michelle R. Pascucci
Department Of Justice
1400 New York Avenue
Washington, DC  20005