USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/2020

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　**Plaintiff,**<br>v.<br><br>**FRANCISCO ABELLAN VILLENA, et al.**<br><br>　　　　　　**Defendants** | CIVIL ACTION NO. 18-CV-4309 |

### ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID L. AXELROD

The motion of David L. Axelrod for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the States of New York and Pennsylvania; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | David L. Axelrod |
| Firm Name: | BALLARD SPAHR LLP |
| Address: | 1735 Market Street, Philadelphia, PA  19106 |
| Telephone/Fax | 215-864-8639 (Telephone) / 215-864-8999 (Facsimile) |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Defendant James B. Panther, Jr. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __02/03/2020_____

SO ORDERED:

_____
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE