# Ballard Spahr
##### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Bradley R. Gershel
Tel: 646.346.8034
Fax: 212.223.1942
gershelb@ballardspahr.com

February 18, 2020

*Via ECF*

The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

Re:   *SEC v. Villena, et al.*
      No. 18-cv-04309-PKC

Dear Judge Castel:

On behalf of defendant James B. Panther, Jr., I write to respectfully request that the Court waive his appearance at the pretrial conference, presently scheduled for February 24, 2020 at 12:30 p.m. We have spoken to counsel for the Securities and Exchange Commission regarding this request, who has no objection.

Thank you for your consideration.

Sincerely,

/s/ BRG

Bradley R. Gershel

*[Handwritten annotation: Application granted. SO ORDERED. [signature] USDJ 2-19-20]*