**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                         **Plaintiff,**<br><br>       **v.**<br><br>**FRANCISCO ABELLAN VILLENA,**<br><br>**GUILLERMO CIUPIAK, JAMES B.**<br><br>**PANTHER, JR., and FAIYAZ DEAN**<br><br>                         **Defendants.** | **No. 18-cv-4309 (PKC)** |

## PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AGAINST DEFENDANT FRANCISCO ABELLAN VILLENA

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully moves the Court to enter final judgment against Defendant Francisco Abellan Villena ("Abellan") pursuant to Rule 55(b)(2) of the federal Rules of Civil Procedure and Local Rule 55(b)(2). On February 20, 2020, the Clerk certified a default against Abellan pursuant to Fed R. Civ. P. 55(b)(1). (Doc. 86). For the reasons set forth in the SEC's memorandum and declaration, submitted herewith, the Court should now order injunctive relief and impose a financial penalty, and enter final judgment.

Date:   March 25, 2020

       ___/s/ Daniel Maher
       Daniel Maher (*admitted pro hac vice*)
       Duane Thompson (*admitted pro hac vice*)
       Jennie B. Krasner
       Securities and Exchange Commission
       100 F Street, NE
       Washington, D.C. 20549
       Tel: (202) 551-4737 (Maher)
       Email: maherd@sec.gov

## CERTIFICATE OF SERVICE

I certify that on March 25, 2020, I caused the foregoing to be filed on ECF and to be sent by email to the following.

David Axelrod
Ballard Spahr LLP
1735 Market Street, 51st floor
Philadelphia, PA 19103-7599
215-864-8639
axelrodd@ballardspahr.com
*Counsel for Defendant James Panther*


Michael R. McPhail, Esq.
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
303-607-3692
Michael.Macphail@FaegreBD.com
*Counsel for Defendant Guillermo Ciupiak*


Michael Bachner
Bachner & Associates, PC
39 Broadway-Suite 1610
New York, NY 10006
212-344-7778
mb@bhlawfirm.com
*Counsel for Defendant Faiyaz Dean*

Finally, I confirm that the SEC will make best efforts under the circumstances to serve the default papers on Abellan, consistent with the representations in the SEC's Request for Relief from Local Rule 55.2(c).


/s/ Daniel J. Maher
Co-Counsel for the SEC