UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Securities and Exchange Commission,

                                                                                                               18 Civ. 4309 (PKC)

       -against-

                                                                                                               ORDER

Francisco Abellan Villena, et al.,

                                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference scheduled for September 11, 2020 at 11:00 a.m. will proceed as scheduled via teleconference. The call-in information for this teleconference is:

        <u>Dial-in</u>:       (888) 363-4749

        <u>Access Code</u>:   3667981

       SO ORDERED.

                                                                             P. Kevin Castel
                                                               United States District Judge

Dated:  New York, New York
            September 2, 2020