UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,                                      18-cv-4309 (PKC)

      -against-                                                ORDER

JAMES B PANTHER, JR.,

                    Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The plaintiff shall file a report on the status of the action within 14 days, including all steps necessary to bring it to conclusion. Defendant may respond 5 days thereafter.

        SO ORDERED.

                                                    P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
           September 27, 2021