## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) | Case No. 1:18-CV-04309-RWS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO ABELLAN VILLENA, | ) | |
| GUILLERMO CIUPIAK, | ) | |
| JAMES B. PANTHER, and FAIYEZ DEAN | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY APPEARANCE

Undersigned counsel hereby files this Notice of Appearance as counsel of record for the United States of America in this case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Respectfully Submitted,

JOSEPH BEEMSTERBOER
ACTING CHIEF
FRAUD SECTION

By:   /s/ *D. Brittain Shaw*
D. Brittain Shaw
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
Tel: (202) 616-2162
Email: Brittain.Shaw@usdoj.gov

Dated: October 8, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 8, 2021, I electronically filed and served the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

    /s/ *D. Brittain Shaw*
D. Brittain Shaw
Trial Attorney
United States Department of Justice
Criminal Division, Fraud Section