UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>            Defendants | NO. 18-CV-4309 (PKC) |

### RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT OF OCTOBER 12, 2021

Defendant James B. Panther consents to the proposal of Plaintiff Securities and Exchange Commission ("SEC"), to wit, that the SEC shall report to the Court no later than January 18, 2022 regarding the parties' progress in reaching a mutually acceptable settlement agreement (ECF No. 98 at 3).

Dated:  October 18, 2021

Respectfully submitted,

/s/ David L. Axelrod
BALLARD SPAHR LLP
David L. Axelrod
1735 Market Street
Philadelphia, PA  19106
Telephone:  215-864-8639
Facsimile:  215-864-8999

*Attorneys for Defendant James B. Panther, Jr.*