UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>      Defendants. | No. 18-cv-4309 (PKC)<br><br>[~~PROPOSED~~] ORDER |

CASTEL, U.S.D.J.

    The Plaintiff shall file a status report on the action on or before February 18, 2022, including all steps to bring it to conclusion. Defendants may respond five days thereafter.

    The Clerk of Court shall strike from the summary description of the Judgment entered on the docket sheet as ECF No. 45 the last sentence that states: "[a]nd as set forth herein, Guillermo Ciupiak terminated."

SO ORDERED

                    _____
                     Kevin P. Castel
                     United States District Judge

Dated: January 18, 2022
   New York, New York