UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>FRANCISCO ABELLAN VILLENA, et al.<br><br>    Defendants | NO. 18-CV-4309 (PKC) |

### RESPONSE TO PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT OF FEBRUARY 18, 2022

Defendant James B. Panther respectfully submits this response to Plaintiff Securities and Exchange Commission's Status Report dated February 18, 2022 (ECF No. 105). Mr. Panther remains optimistic that the parties will agree to a settlement and that the interests of justice and judicial economy would be best served by permitting the parties a few additional weeks to attempt to resolve this matter.

Dated: February 23, 2022                Respectfully submitted,

                                        /s/ David L. Axelrod
                                        BALLARD SPAHR LLP
                                        David L. Axelrod
                                        1735 Market Street
                                        Philadelphia, PA 19106
                                        Telephone: 215-864-8639
                                        Facsimile: 215-864-8999

                                        *Attorneys for Defendant James B. Panther, Jr.*