UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,
                                Plaintiff,

                                                    18-cv-4309 (PKC)

            -against-                               ORDER

JAMES B. PANTHER, JR.,
                                Defendant.
-----------------------------------------------------------------x

CASTEL, District Judge:

  David L. Axelrod and Bradley Gershel (the "Attorneys") seek to withdraw as counsel for defendant JAMES B. PANTHER, JR. (the "Client"). The Client does not oppose the application. For good cause shown, the application to withdraw will be granted.

  **DEFENDANT JAMES B. PANTHER, JR. SHOULD CONSIDER RETAINING A LAWYER TO REPRESENT HIM IN THIS ACTION. AS A NATURAL PERSON, HOWEVER, HE IS PERMITTED TO PROCEED WITHOUT A LAWYER. THE PRO SE INTAKE UNIT (THE UNIT OF THE CLERK'S OFFICE THAT IS RESPONSIBLE FOR ACCEPTING PAPERS FROM LITIGANTS WHO ARE NOT REPRESENTED BY A LAWYER) MAY BE REACHED AT (212) 805-0175. MR. PANTHER IS DIRECTED TO UPDATE HIS ADDRESS AND OTHER CONTACT INFORMATION ON THE DOCKET.**

  The Attorney shall serve this Order on the Client at its last known address and file an affidavit of service within five (5) days. The motions for leave to withdraw is GRANTED.

  SO ORDERED.

_[Signature]_

P. Kevin Castel
United States District Judge

Dated: New York, New York
      July 6, 2022