UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN<br><br>　　　　　　　Defendants. | Civil Action No. 18-cv-4309 (PKC) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
SUPPLEMENTAL STATUS REPORT**

　　　　Plaintiff Securities and Exchange Commission respectfully submits this Supplemental Status Report to correct an inadvertent misstatement in our Status Report (ECF No. 111) filed on August 1, 2023.  We previously stated that we were assessing whether it is advisable to seek a fully dispositive settlement with Defendant Guillermo Ciupiak ("Ciupiak") before knowing whether he will be assessed any restitution and/or forfeiture in the criminal case, *U.S. v. Panther*, No. 19-cr-448, (D. Ariz.).  We now wish to advise this Court that a sealed forfeiture order reportedly has been entered against Ciupiak.  However, Ciupiak still has not been sentenced.

　　　　We thank the Court for the opportunity to submit this clarification.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 2, 2023 | /s/ *Duane K. Thompson* <br> Duane K. Thompson <br> Daniel J. Maher <br> U.S. Securities and Exchange Commission <br> 100 F Street, NE <br> Washington, DC 20549 <br> 202-551-7159 <br> ThompsonD@sec.gov <br> Counsel for Plaintiff |

Cc: Respective counsel to James B. Panther and Guillermo Ciupiak in the parallel criminal case