UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN,<br><br>Defendants. | Civil Action No. 18-cv-4309 (PKC) |

**DECLARATION OF JENNIE B. KRASNER
IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT
<u>JAMES B. PANTHER, JR.</u>**

JENNIE B. KRASNER, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over eighteen years of age, and I am employed as Senior Counsel at the Securities and Exchange Commission ("Commission"). I serve as co-counsel to the Commission in the above-captioned litigation. I am making this declaration in support of the Commission's Motion for Summary Judgment Against Defendant James B. Panther, Jr. I make these statements based upon my personal knowledge, information, and belief.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Department of Justice April 23, 2019, indictment against James B. Panther, Jr. ("Panther"), in *U.S. v. James B. Panther, Jr., et al.,* No. CR-19-00448 (D. Ariz.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Plea Agreement and Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty in *U.S. v. James B.*

*Panther, Jr., et al.,* No. CR-19-00448 (D. Ariz.).

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on March 11, 2024
        Washington, D.C.

        *Jennie Krasner*
        Jennie B. Krasner