# JONATHAN SAVELLA

ATTORNEY AT LAW

40 Exchange Place, Ste. 1800
New York, NY 10005

646-801-2184                                                                                       jon@jonathansavella.com

July 15, 2024

**BY ECF**

Hon. P. Kevin Castel
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *SEC v. James B. Panther Jr., et al.*, 18-cv-4309

Dear Judge Castel:

      I write on behalf of James Panther to request that our submissions this evening in opposition to the pending summary judgment motion – *i.e.*, our memorandum of law, Rule 56.1 Statement and accompanying declarations – remain sealed.

      The basis for this request is as follows. First, all but one of the aforementioned submissions contain sensitive information concerning the criminal proceeding that runs "parallel" to this matter. The one submission that *does not* contain sensitive information concerning the parallel proceeding – Mr. Panther's declaration – presents confidential financial information and a copy of Mr. Panther's Pre-Sentence Investigation Report.

      I provide additional information in support of this application in a sealed declaration, which I intend to file with this letter.

Respectfully,

*/s/ Jonathan Savella*
Jonathan Savella

cc:    all counsel (by ECF)

Application provisionally GRANTED subject to further review.
SO ORDERED.
Dated: 7/16/2024

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge