UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

    v.

FRANCISCO ABELLAN VILLENA, GUILLERMO CIUPIAK, JAMES B. PANTHER, JR., and FAIYAZ DEAN,

               Defendants.

18-cv-4309 (PKC)(KHP)

---

CASTEL, U.S.D.J.

      All claims against all defendants in this action having been adjudicated or otherwise terminated, the Clerk is respectfully requested to close the action.

                                                  *P. Kevin Castel*
                                             United States District Judge

Dated: March 28, 2025
       New York, New York